UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNNE SYSTEMS, INC., a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>MOBILE STORAGE GROUP, INC., a Delaware Corporation; MOBILE MINI, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | CV 10-1460 SVW (FFMx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>[JS-6] |

   Pursuant to the parties' Stipulation of Dismissal With Prejudice [docket no. 47], IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.


   IT IS SO ORDERED.

DATED: August 18, 2010

                                        STEPHEN V. WILSON
                                        UNITED STATES DISTRICT JUDGE